**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7352**

BRADLEY MAXWELL,

                Plaintiff - Appellant,

        v.

HAROLD CLARKE; DAVID ROBINSON; TERRY GLENN; HENRY PONTON;
LESLIE FLEMING,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Norman K. Moon, Senior
District Judge.  (7:15-cv-00468-NKM-RSB)

Submitted: January 31, 2017        Decided: February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bradley Maxwell, Appellant Pro Se.  Nancy Hull Davidson,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Maxwell v. Clarke, No. 7:15-cv-00468-NKM-RSB (W.D. Va. Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED